UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS,<br>an individual,<br><br>    Plaintiff,<br>v.<br><br>SAGSTEX INVESTMENTS, L.P.,<br>a Texas Limited Partnership,<br><br>    Defendant. | )<br>)<br>)  Case No.:   4:22-cv-361<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Plaintiff, WAYNE THOMAS, files this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining their respective client's signatures. In light of the above Settlement, Plaintiff respectfully requests that the Court cancel the upcoming Initial Conference, currently scheduled for May 6, 2022 at 3:00 P. M., and any related deadlines. The Parties anticipate filing a Stipulation of Dismissal within fourteen (14) days.

Dated: April 22, 2022

                                          Respectfully Submitted,

                                  By:   */s/ Brian T. Ku*   .
                                          Brian T. Ku
                                          Attorney-in-charge
                                          S.D. TX No. 3424380
                                          Ku & Mussman, P.A.
                                          18501 Pines Boulevard, Suite 209-A
                                          Pembroke Pines, FL 33029
                                          Tel: (305) 891-1322
                                          Fax: (954) 686-3976

Brian@kumussman.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system, which electronically forwarded a copy to all counsel of record.

By: */s/ Brian T. Ku*
     Brian T. Ku